**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DWAUN JACOBS,**

      **Plaintiff,**                        **Case No. 2:20-cv-915**
    v.                                  **JUDGE EDMUND A. SARGUS, JR.**
                                        **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF
SOCIAL SECURITY,**

      **Defendant.**

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 14, 2020. (ECF No. 8.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this action is **DISMISSED** in its entirety.

    **IT IS SO ORDERED.**


**10/19/2020**                                                     **s/Edmund A. Sargus, Jr.**
**DATE**                                                           **EDMUND A. SARGUS, JR.
                                                               UNITED STATES DISTRICT JUDGE**